

United States District Court
Eastern District of California

Maria Smith

Plaintiff(s)

V.

Henry's Holdings, LLC

Defendant(s)

Case Number: 2:21-cv-01030-KJM-DB

**2nd** **AMENDED**

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Gretchen M. Lehman _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant Henry's Holdings, LLC _____

On February 7, 2020 _____ (date), I was admitted to practice and presently in good standing in the

U.S. Court of Appeal, 11ᵗʰ Circuit _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: August 20, 2021 _____

Signature of Applicant: /s/   /s/ Gretchen M. Lehman _____

Gretchen M. Lehman


American LegalNet, Inc.
www.FormsWorkFlow.com

**Pro Hac Vice Attorney**

Applicant's Name:           Gretchen M. Lehman

Law Firm Name:              Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address:                    100 North Tampa St., Suite 3600

City:          Tampa                    State: <u>FL</u>          Zip: <u>33602</u>

Phone Number w/Area Code: 813-289-1247

City and State of Residence: Tampa, Florida

Primary E-mail Address:     gretchen.lehman@ogletreedeakins.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:       Amber L. Roller

Law Firm Name:              Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address:                    400 South Hope Street, Suite 1200

City:          Los Angeles              State: <u>CA</u>          Zip: 90071

Phone Number w/Area Code: 213-239-9800          Bar #  273354

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  <u>August 27, 2021</u>

_____
CHIEF UNITED STATES DISTRICT JUDGE

U.S. District Court – Pro Hac Vice Application                                    Page 2
Revised July 6, 2021



# UNITED STATES COURT OF APPEALS
# ELEVENTH CIRCUIT

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA             }
                                             }§.

ELEVENTH CIRCUIT COURT OF APPEALS    }

I, David J. Smith, Clerk of Court for the United States Court of Appeals for

the Eleventh Circuit,

    **DO HEREBY CERTIFY** that **Gretchen Maria Lehman** was duly admitted to

practice in said Court on February 7, 2020 and is in good standing as a member of the

bar of said Court.

Dated at Atlanta, Georgia on August 9, 2021.

                                     **DAVID J. SMITH**
                                     **CLERK OF COURT**

                                     Sharon Fort
                                     Administrative Services Clerk