UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Smith, | No. 2:21-cv-01030-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Henry's Holdings, LLC, | |
| Defendant. | |

The motion to strike portions of the defendant's reply is **denied**. *See* ECF No. 24. The arguments in question appropriately respond to the plaintiff's opposition. *See, e.g.*, *Bruce v. Woodford*, No. 07-00269, 2012 WL 1424166, at *5 (E.D. Cal. Apr. 24, 2012) ("The purpose of a reply is to respond to Plaintiff's opposition. . . . [T]he Court will not strike Defendants' arguments simply because they were not raised in their motion to dismiss."). This order resolves ECF No. 24.

IT IS SO ORDERED.

DATED: November 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1